# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE PAUL HOWARTH, | No. 4:17-CV-02420 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| STATE REPRESENTATIVE MARTIN CAUSER, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| ANDREW R. CHAPELL and BECKY L. CHAPELL, | |
| Third-Party Defendants. | |

## ORDER

### AUGUST 30, 2018

1. On December 29, 2017, Plaintiff Leslie Paul Howarth filed a complaint against State Representative Martin Causer. ECF No. 1.

2. After answering that complaint, Rep. Causer filed a third-party complaint against Andrew and Becky Chapell. ECF No. 11.

3. Mr. Howarth later moved for dismissal of his own complaint. ECF No. 18.

4. In response, Rep. Causer indicated that, if this Court were to dismiss Mr. Howarth's complaint, it would render the third-party claims against Mr. and Ms. Chapell moot. ECF No. 22.

5. On August 7, 2018, Magistrate Judge William I. Arbuckle recommended dismissing this action and closing this case. ECF No. 24.

6. Because this Court agrees with Magistrate Judge Arbuckle's recommendation, it will dismiss Mr. Howarth's complaint against Rep. Causer, and dismiss Rep. Causer's third-party complaint against Mr. and Ms. Chapell.

Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge William I. Arbuckle, ECF No. 24, is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's Motion to Dismiss, ECF No. 18, is **GRANTED**.

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

4. Defendant and Third-Party Plaintiff's Third-Party Complaint against Third-Party Defendants, ECF No. 11, is **DISMISSED WITHOUT PREJUDICE**.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge